# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Lora Kay Oxendine-Taylor, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00214-MR-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Eastern Band of Cherokee Indians, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 14, 2020 Order.

September 14, 2020

_____

Frank G. Johns, Clerk
United States District Court